**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80921-CIV-CANNON/McCabe**

**ROXANNE UJHELYI SZAKACS**,

Plaintiff,

v.

**2842 S. OCEAN LL** and
**TANIA ELIZABETH VILLATORO**,

Defendants.
_________________________________/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Magistrate Judge McCabe's Report and Recommendation (the "Report"), issued on August 14, 2026 [ECF No. 11]. The Report recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (the "IFP Application") [ECF No. 3] and Plaintiff's Motion for Service by the United States Marshal (the "Motion for U.S. Marshal Service") [ECF No. 5] be denied. Upon review of the Report, the Application, and the Motion, the Report [ECF No. 11] is **ACCEPTED**; the IFP Application [ECF No. 3] is **DENIED**; and the Motion for U.S. Marshal Service [ECF No. 5] is **DENIED**.

***

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject,

or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784.

***

Following review, the Court finds no clear error in the well-reasoned Report. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 11] is **ACCEPTED**.
2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 3] is **DENIED** for the reasons stated in the Report.
3. Plaintiff shall pay the required $405 filing fee no later than **September 8, 2026**. **Plaintiff is warned that failure to timely pay the filing fee will result in dismissal of this action without prejudice and without further notice**.
4. Plaintiff's Motion for Service by the United States Marshal [ECF No. 5] is **DENIED**. With no basis to proceed in forma pauperis, Plaintiff is not entitled to service through the United States Marshal. Fed. R. Civ. P. 4(c)(3).

**ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of August 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record